**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Preston Lamar WILLIAMS, a.k.a. Cowboy, a.k.a. Preston Lee, a.k.a. Space Cowboy, Defendant–Appellant.**

**No. 08–16539
Non–Argument Calendar.**

United States Court of Appeals,
Eleventh Circuit.

May 28, 2009.

Preston Lamar Williams, Marianna, FL, pro se.

Judy K. Hunt, United States Attorney's Office, Tampa, FL, for Plaintiff–Appellee.

Before BLACK, PRYOR and HILL, Circuit Judges.

PER CURIAM:

Leonard E. Clark, appointed counsel for Preston Lamar Williams in this appeal from the district court's denial of Williams's motion to reduce his sentence under 18 U.S.C. § 3582(c)(2), has moved to withdraw from further representation of the appellant and filed a brief pursuant to *Anders v. California,* 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Our independent review of the entire record reveals that counsel's assessment of the relative merit of the appeal is correct. Because independent examination of the record reveals no arguable issues of merit, counsel's motion to withdraw is **GRANTED,** and the district court's denial of relief under § 3582(c)(2) is **AFFIRMED.**